IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Lee Jr, Edward A

Printed: 5/13/08

Case Number: 06 B 05644
Judge: Goldgar, A. Benjamin
Filed: 5/17/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Completed: May 9, 2008
Confirmed: July 11, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 46,072.97 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 11,064.48 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,680.86 |
| Trustee Fee: |  | 771.30 |
| Other Funds: |  | 31,556.33 |
| Totals: | 46,072.97 | 46,072.97 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Midwest Verizon Wireless | Administrative | 80.86 | 80.86 |
| 2. | John C Dent Ltd. | Administrative | 2,600.00 | 2,600.00 |
| 3. | Washington Mutual Home Loan | Secured | 0.00 | 0.00 |
| 4. | Washington Mutual Home Loan | Secured | 14,944.74 | 0.00 |
| 5. | Peoples Energy Corp | Unsecured | 413.22 | 413.22 |
| 6. | Capital One | Unsecured | 730.03 | 730.03 |
| 7. | Capital One | Unsecured | 1,099.50 | 1,099.50 |
| 8. | NCO Financial Systems | Unsecured | 179.48 | 179.48 |
| 9. | B-Line LLC | Unsecured | 424.52 | 0.00 |
| 10. | RoundUp Funding LLC | Unsecured | 355.46 | 0.00 |
| 11. | B-Line LLC | Unsecured | 3,187.43 | 3,187.43 |
| 12. | Midwest Verizon Wireless | Unsecured | 616.14 | 616.14 |
| 13. | City Of Chicago | Unsecured | 3,915.65 | 3,915.65 |
| 14. | City Of Chicago | Unsecured | 3,891.07 | 0.00 |
| 15. | Toyota Motor Credit Corporatio | Unsecured | 1,417.50 | 0.00 |
| 16. | Capital One | Unsecured | 923.03 | 923.03 |
| 17. | Comcast | Unsecured |  | No Claim Filed |
| 18. | J C Penney National Bank | Unsecured |  | No Claim Filed |
| 19. | Medical Payment Data | Unsecured |  | No Claim Filed |
| 20. | MCI | Unsecured |  | No Claim Filed |
|  |  |  | $ 34,778.63 | $ 13,745.34 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5% | 45.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Lee Jr, Edward A

Printed:  5/13/08

Case Number:  06 B 05644
Judge:  Goldgar, A. Benjamin
Filed:  5/17/06

|  |  |
|---|---|
| 4.8% | 72.00 |
| 5.4% | 654.30 |
|  | _____ |
|  | $ 771.30 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____